UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mark Anthony Mattox,

      Plaintiff,

v.

Commissioner of Social
Security,

      Defendant.
_____/

Case No. 10-cv-10-14534

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

### ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT

Before the Court is Magistrate Judge Mona K. Majzoub's January 10, 2012 Report and Recommendation (Dkt. No. 14) granting Defendant's Unopposed Motion for Summary Judgment (Dkt. No. 13). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d).

Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, and there being no objections by either party, the Court:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 14);

    (2)    **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 13).

**SO ORDERED.**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 2-21-12