UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mark Anthony Mattox,

        Plaintiff,                          Case No. 10-cv-10-14534

v.                                                  Paul D. Borman
                                                 United States District Judge

Commissioner of Social                 Mona K. Majzoub
Security,                                         United States Magistrate Judge

        Defendant.
_____/

### ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT

      Before the Court is Magistrate Judge Mona K. Majzoub's January 10, 2012 Report and Recommendation (Dkt. No. 14) granting Defendant's Unopposed Motion for Summary Judgment (Dkt. No. 13). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d).

      Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, and there being no objections by either party, the Court:

      (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 14);

      (2)    **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 13).

**SO ORDERED.**

                                                                            _/s/ Paul D. Borman_
                                                                     PAUL D. BORMAN
                                                                     UNITED STATES DISTRICT JUDGE

Dated: 2-21-12